**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7603

CHARLES FRANKLIN HARGETT, JR.,

Plaintiff - Appellant,

versus

FORSYTH COUNTY SHERIFF'S DEPARTMENT; J. W.
BOLES,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.   James A. Beaty, Jr.,
District Judge.  (CA-03-440-1)

Submitted:  February 23, 2006          Decided:  March 3, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Franklin Hargett, Jr., Appellant Pro Se.  Allan R. Gitter,
Bradley Owen Wood, WOMBLE, CARLYLE, SANDRIDGE & RICE, P.L.L.C.,
Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Franklin Hargett, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hargett v. Forsyth County Sheriff's Dep't</u>, No. CA-03-440-1 (M.D.N.C. Sept. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>